OS
5/10/2013

Un-SEALED 12/2/13

OCDETF

**BROWNSVILLE** DIVISION          **SUPERSEDING CRIMINAL DOCKET**          **NO.  B-12-435-S1**

FILE: 2012R10550

INDICTMENT                         Filed: <u>MAY 22, 2012</u>          udge:  **HILDA G. TAGLE**
COUNTY:    Cameron          Superseding Filed: <u>MAY 22, 2013</u>

ATTORNEYS:

**UNITED STATES OF AMERICA**                    KENNETH MAGIDSON, USA
**vs.**                              CHARLES E. LEWIS, AUSA
                         JULIE HAMPTON, AUSA
                         JODY YOUNG, AUSA

<u>TOMAS YARRINGTON RUVALCABA   (YOB: 1957 )   MEXICO (Cts. 1-5, 8,10,11 )</u>   **WARRANT**
<u>FERNANDO ALEJANDRO CANO MARTINEZ (YOB: 1956) MEXICO (Cts.1,3-7,9)</u>     **WARRANT**

**CHARGE:** Ct. 1:    RICO Conspiracy;
Total              18 USC 1962(d)
Counts    Ct. 2:    Conspiracy to Import Cocaine and Marijuana into U.S.;
(11)              21 USC 963
          Ct. 3: Conspiracy to Launder Monetary Instruments;
                18 USC 1956 (h)
          Ct. 4: Conspiracy - False Statements to Financial Institutions;
                18 USC 371 & 18 USC 1014
          Ct. 5: Conspiracy to Commit Bank Fraud;
                18 USC 1349
          Cts. 6-10: Bank Fraud, Aiding and Abetting ;
                18 USC 1344 and 2
          Ct. 11: Conspiracy to Structure Transactions To Avoid Reporting Requirement;
                18 USC 371 & 31 USC 5324
          NOTICE OF FORFEITURE

**PENALTY:** **Ct. 1: 0 - LIFE, $10 million or twice the gross gain or loss involved, not more than 5
         yrs SRT, $100 Special Assessment**
         **Ct. 2: 10 - LIFE, $10 million or twice the gross gain or loss involved, not less than 5
         yrs SRT, $100 Special Assessment;**
         **Ct. 3: Not more than 20 years, $500,000.00 or twice the gross gain or loss involved,
         not more than 3 years SRT, $100 Special Assessment;**
         **Ct. 4: 5 years, Fine or twice the gross gain or loss involved, not more than 3 years
         SRT, $100 Special Assessment;**
         **Cts.5-10: 30 years, $1,000,000.00 or twice the gross gain or loss involved, not more
         than 3 years SRT, $100 Special Assessment;**
         **Ct.11: 5 years, Fine or twice the gross gain or loss involved, not more than 3
         years   SRT, $100 Special Assessment;**

In Jail:
On Bond:
No Arrest: X
HSI-BRO: John Lyons
IRS-BRO: Joe Salinas

# P R O C E E D I N G S: