UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

Fernando Alejandro Cano Martinez, et al.

      Defendant

Case No.: 1:12–cr–00435
Judge Hilda G Tagle

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Hilda G Tagle

**PLACE:**
Courtroom 3
United States District Court
600 E. Harrison
Brownsville, TX

**DATE:** 6/26/2014

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Material Witness Hearing

Date:   June 25, 2014

                                                  David J. Bradley, Clerk