IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 1:12-CR-435-1 |
| TOMAS YARRINGTON RUVALCABA | § | |

## SECOND REVISED SCHEDULING ORDER

1. Deadlines:  Motions:            **11/7/2018**

   Responses:           **12/7/2018**

2. Deadline for discovery (both parties):   **11/7/2018**

3. Motion Hearing:            **2/7/2019 at 9:00 A.M.**

4. Final Pretrial Conference:        **4/3/2019 at 9:00 A.M.**

5. Jury Selection:            **4/4/2019 at 9:00 A.M.**

6. Jury Trial:             **4/8/2019 at 9:00 A.M.**

SIGNED this 13th day of July, 2018.

_____
Hilda Tagle
Senior United States District Judge