United States District Court
Southern District of Texas
**ENTERED**
November 13, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:12-CR-435-1 |
| | § | |
| TOMAS YARRINGTON RUVALCABA | § | |

## ORDER

It has come to the Court's attention that Docket Number 26 was inadvertently deleted from the electronic record in the above styled and numbered cause. Accordingly, the Court notifies the parties of the inadvertent deletion.

The Court takes judicial notice of the filings in Docket Numbers 18, 19, and 25, which are all sealed documents. Docket Number 18 is a sealed motion filed by the United States, which was electronically filed on May 28, 2013. Docket Number 19 is the Court's Order granting the United States' motion on the same day. Docket Number 25 is the scanned version of the same motion as Docket Number 18, with only two differences: a "sealed" stamp affixed to the motion, and the filing date of May 28, 2013 stamped to the motion.

In sum, Docket Number 18 is a motion, and Docket Number 19 is an order granting that motion. Docket Number 25 is a scanned hard copy of the same motion, so the Court infers from the sequence of filings that Docket Number 26 is a scanned hard copy of the same order.

Out of an abundance of caution, the Court enters this Order for clarification and as part of the record.

SIGNED this 13th day of November, 2018.

_____
Hilda Tagle
Senior United States District Judge