United States District Court
Southern District of Texas
**ENTERED**
November 26, 2018
David J. Bradley, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:12-CR-435-1 |
| | § | |
| TOMAS YARRINGTON RUVALCABA | § | |

## ORDER

The Court is in receipt of Defendant's Amended Unopposed Motion to Extend Motions and Discovery Deadline, Dkt. No. 96. Due to the complexity of the case, the Court **GRANTS** Defendant's motion, Dkt. No. 96.

Accordingly, the Court **VACATES** and **RESETS** the following deadlines:

- Deadline for discovery (both parties):   1/7/2019
- Deadline for Motions:   1/7/2019
  - Responses:   1/28/2019
- Motion Hearing:   3/28/2019 at 9:00 A.M.

Motion Hearing will be held in the Houston Division, Courtroom 11A, Federal Courthouse, 515 Rusk St., Houston, TX 77002. All counsel and the Defendant are required to be present.

SIGNED this 26th day of November 2018.

_____
Hilda Tagle
Senior United States District Judge