United States District Court
Southern District of Texas
**ENTERED**
December 13, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA, §
§
VS. § CRIMINAL NO. 1:12-CR-435
§
TOMAS YARRINGTON RUVALCABA, §
*et al*, §
§
§
Defendants. §

# ORDER

The Court held a telephone conference on December 12, 2018 with the United States Government and counsel for Defendant. The Court granted Defendant's oral motion for continuance; the United States Government was unopposed.

Accordingly, the Court **VACATES** and **RESETS** the following deadlines:

- Deadline for Discovery (both parties):  5/20/2019
- Deadline for Motions:  6/7/2019
    - Responses:  7/8/2019
- Motion Hearing:  8/28/2019 at 9:00 A.M.
- Final Pretrial Conference (via telephone):  9/9/2019 at 9:00 A.M.
- Jury Selection:  9/16/2019 at 9:00 A.M.
- Jury Trial:  9/17/2019 at 9:00 A.M.

All hearings will be held in the Houston Division, Federal Courthouse, 515 Rusk St., Houston, TX 77002. All counsel and the Defendant are required to be present.

SIGNED this 13th day of December, 2018.

_____
Hilda Tagle
Senior United States District Judge