IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § | CRIMINAL NO. 1:12-CR-435-1 |
| TOMAS YARRINGTON RUVALCABA | § § § | |

### DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE HILDA TAGLE,
SENIOR UNITED STATES DISTRICT JUDGE:

NOW COMES, TOMAS YARRINGTON RUVALCABA, Defendant herein, and moves the Court to substitute Chris Flood of Flood & Flood in the place of Carlos Noel Monarrez and Mervyn Mosbacker, Jr.

Respectfully submitted,

*/s/ Chris Flood*
Chris Flood
Federal I.D. No. 9929
Email: chris@floodandflood.com
Flood & Flood
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877
(713) 223-8879 fax

_____
Tomas Yarrington Ruvalcaba, Defendant

/s/ Carlos Noel Monarrez
Carlos Noel Monarrez, Former Attorney

/s/ Mervyn Mosbacker, Jr.
Mervyn Mosbaker, Former Attorney

## **CERTIFICATE OF CONFERENCE**

      I hereby certify that I conferred with Assistant United States Attorney Jody Young concerning this motion. Mr. Young stated the United States is opposed to this motion.

                                          */s/ Chris Flood*
                                          Chris Flood

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to all filing users.

                                          */s/ Chris Flood*
                                          Chris Flood