# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:12-CR-435-1 |
| | § | |
| TOMAS YARRINGTON RUVALCABA | § | |

## ORDER

The Court is in receipt of Defendant's Opposed Motion to Substitute Counsel, Dkt. No. 104. In it, Defendant moves to substitute Chris Flood as attorney of record for Defendant in this action in place of Carlos Noel Monarrez and Mervyn Mosbacker, Jr.

The Court **ORDERS** the Government to respond to Defendant's motion and provide the basis for its opposition by **August 16, 2019**. Further, the Court **ORDERS** the parties to notify the Court whether they seek an opportunity to be heard on their respective positions by **August 16, 2019**.

SIGNED this 7th day of August, 2019.

_____
Hilda Tagle
Senior United States District Judge