GOVERNMENT
EXHIBIT
1
B-12-435
PENGAD-Bayonne, N. J.

FIRST NATIONAL BANK   DDA-DEBIT TRANSACTION FORM   (Internal use only)

ACCOUNT NAME  Pablo Zorate Juarez  BR # 27   DATE 10 26 11

PREPARED BY  S Leono   EXT. 7122

APPROVED BY Customer Request/Pablo Zarate/SM EXT. 7709   $   930.48   AMOUNT

DESCRIPTION Cashier's Check payable to:
BMW Bank of North America   TRAN CODE 069

REGULAR DEMAND DEPOSIT TRANSACTIONS

:50 26=00 30:

Check: 0 Amount: $930.48 Date: 10/26/2011
Run: 192, Batch: 1, Seq: 4

192000005 10-26-2011 2114921415c

Check: 0 Amount: $930.48 Date: 10/26/2011
Run: 192, Batch: 1, Seq: 4

---

FIRST NATIONAL BANK   DDA-DEBIT TRANSACTION FORM   (Internal use only)

ACCOUNT NAME  Pablo Zarate Juarez  BR # 27   DATE 10 26 11

PREPARED BY  S Lozano   EXT. 7122

APPROVED BY Customer Request/Pablo Zarate/SM EXT. 7109   $   4500.00   AMOUNT

DESCRIPTION Pago al piloto /Cashier's Check
payable to Robert Payton   TRAN CODE 069

REGULAR DEMAND DEPOSIT TRANSACTIONS

:50 26=00 30:

Check: 0 Amount: $4,500.00 Date: 10/26/2011
Run: 192, Batch: 1, Seq: 6

192000007 10-26-2011 2114921415c

Check: 0 Amount: $4,500.00 Date: 10/26/2011
Run: 192, Batch: 1, Seq: 6

---

FIRST NATIONAL BANK   DDA-DEBIT TRANSACTION FORM   (Internal use only)

ACCOUNT NAME  Pablo Zarate Juarez BR # 27   DATE 10 26 11

PREPARED BY  S Lozano   EXT. 7122

APPROVED BY SM   EXT.   $   9,335.70   AMOUNT

DESCRIPTION Ln#   TRAN CODE 069

REGULAR DEMAND DEPOSIT TRANSACTIONS

:50 26=00 30:

Check: 0 Amount: $9,335.70 Date: 10/26/2011
Run: 192, Batch: 1, Seq: 8

192000009 10-26-2011 2114921415c

Check: 0 Amount: $9,335.70 Date: 10/26/2011
Run: 192, Batch: 1, Seq: 8

---

FIRST NATIONAL BANK   DDA-DEBIT TRANSACTION FORM   (Internal use only)

ACCOUNT NAME  Pablo Z. Juar.  BR # 27   DATE 10 26 11

PREPARED BY  I S.   EXT. 7od

APPROVED BY As per Customer instructions   EXT.   $   2041.77   AMOUNT

DESCRIPTION Loan payment   TRAN CODE 069

REGULAR DEMAND DEPOSIT TRANSACTIONS

:50 26=00 30:

Check: 0 Amount: $2,041.77 Date: 10/26/2011
Run: 192, Batch: 1, Seq: 76

192000077 10-26-2011 2114921415c

United States Courts
Southern District of Texas
FILED

AUG 28 2019

David J. Bradley, Clerk of Court

Check: 0 Amount: $2,041.77 Date: 10/26/2011
Run: 192, Batch: 1, Seq: 76





DDA Debits - 07/17/2006



DDA Debits - 07/17/2006

United States Courts
Southern District of Texas
FILED

AUG 28 2019

David J. Bradley, Clerk of Court