United States District Court
Southern District of Texas

**ENTERED**

December 20, 2019
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:12-CR-435-1 |
| | § | |
| | § | |
| TOMAS YARRINGTON RUVALCABA | § | |

## <u>ORDER</u>

The Court is in receipt of the Defendant's Unopposed Motion to Continue Settings, Dkt. No. 133. In it, Defendant represents: "Counsel for Defendant have been reviewing discovery in the U.S. Attorney's Office as well as discovery provided electronically. Additional time is needed to evaluate what pretrial motions should be filed, if any. Defendant respectfully requests a three-week extension to file pretrial motions . . . ." *Id.*

After review, the Court **GRANTS** Defendant's motion, Dkt. No. 133. The following deadlines and settings are **RESET**:

- Motions Filing due by:                    January 10, 2020
- Response to Motions due by:            January 30, 2020
- Motion Hearing:                               March 4, 2020 at 9:30 a.m.
- Final Pretrial Conference:                 April 14, 2020 at 9:30 a.m.
- Jury Selection:                                 April 21, 2020 at 9:30 a.m.
- Jury Trial:                                         April 22, 2020 at 9:00 a.m.

All settings will be held in the Houston Division, Federal Courthouse, 515 Rusk St., Houston, TX 77002. All counsel and the Defendant must be present.

SIGNED this 20th day of December, 2019.

_____

Hilda Tagle
Senior United States District Judge