United States District Court
Southern District of Texas
**ENTERED**
January 21, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:12-CR-435 |
| | § | |
| TOMAS YARRINGTON RUVALCABA. | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

On January 14, 2020, a telephone conference was held, in which the Court **GRANTED** Defendant's Agreed Motion to Continue Settings, Dkt. No. 135.

Accordingly, the following deadlines and settings are **RESET**:

- Motions Filing due by:         March 2, 2020
- Responses due by:              March 23, 2020
- Motion Hearing:                April 14, 2020 at 9:30 a.m.
- Final Pretrial Conference:     May 12, 2020 at 9:30 a.m.
- Jury Selection:                May 19, 2020 at 9:00 a.m.
- Jury Trial:                    May 20, 2020 at 9:00 a.m.

All settings will be held in the Houston Division, Federal Courthouse, 515 Rusk St., Houston, TX 77002. All counsel and the Defendant must be present.

SIGNED this 18th day of January, 2020.

_____
Hilda Tagle
Senior United States District Judge