United States District Court
Southern District of Texas
**ENTERED**
March 18, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CRIMINAL NO. 1:12-CR-435-1 |
| | § |
| TOMAS YARRINGTON RUVALCABA. | § |
| | § |
| Defendant. | § |
| | § |

## ORDER

Due to the recent coronavirus outbreak in the United States and the State of Texas, the Court **RESETS** the Motion Hearing to **9:30 a.m. on May 5, 2020** in the Houston Division, Federal Courthouse, 515 Rusk St., Houston, TX 77002. All counsel and the Defendant must be present.

All other deadlines and settings remain the same.

SIGNED this 18th day of March, 2020.

Hilda Tagle
Senior United States District Judge