United States District Court
Southern District of Texas
**ENTERED**
March 27, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:12-CR-435-1 |
| | § | |
| TOMAS YARRINGTON RUVALCABA | § | |

## ORDER

The Court is in receipt of Defendant's Motion to Reconsider the Order of Detention Dated April 26, 2018, and Emergency Request for Release Upon Reasonable Conditions. Dkt. No. 149. In it, Defendant requests that, in light of the "coronavirus pandemic," he be "released on conditions to include but not limited to home confinement, GPS electronic monitoring, daily 'reporting' to Pretrial Services by phone, or any other combination of conditions which will reasonably assure the safety of Defendant and his appearance for all proceedings." *Id*. at 5. The motion is opposed by the Government.

Accordingly, the Court **ORDERS** the Government to submit a response to Defendant's Motion by **April 3, 2020**.

SIGNED this 27th day of March, 2020.

Hilda Tagle
Senior United States District Judge