United States District Court
Southern District of Texas
**ENTERED**
April 14, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:12-CR-435-1 |
| | § | |
| TOMAS YARRINGTON RUVALCABA | § | |

## ORDER

The Court **RESETS** the following settings:

- Motion Hearing: August 12, 2020 at 9:30 a.m.
- Final Pretrial Conference: September 15, 2020 at 9:30 a.m.
- Jury Selection: September 21, 2020 at 9:00 a.m.
- Jury Trial: September 22, 2020 at 9:00 a.m.

All settings will be held in the Houston Division, Federal Courthouse, 515 Rusk St., Houston, TX 77002. All counsel and the Defendant must be present.

SIGNED this 13th day of April, 2020.

Hilda Tagle
Senior United States District Judge