1:12-CR-435-S1; USA v Tomas Yarrington Ruvalcaba              *Exhibit A*



