United States District Court
Southern District of Texas
**ENTERED**
August 05, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:12-CR-435-1 |
| | § | |
| TOMAS YARRINGTON RUVALCABA | § | |

## ORDER

The status conference scheduled and convened today on August 5, 2020, will **RESUME** at **10:00 a.m. on August 6, 2020**, in Courtroom 8B/Jury Room, Houston Division, Federal Courthouse, 515 Rusk St., Houston, TX 77002. Defendant and his counsel must be physically present.

SIGNED this 5th day of August, 2020.

_____
Hilda Tagle
Senior United States District Judge