United States District Court
Southern District of Texas
**ENTERED**
September 11, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:12-CR-435-1 |
| | § | |
| TOMAS YARRINGTON RUVALCABA, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court hereby **VACATES** all court settings in this matter. The Court **ORDERS** parties to submit a status report by **Monday, September 21, 2020.**

SIGNED this 11th day of September 2020.

_____
Hilda Tagle
Senior United States District Judge