## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                    Case Number: 1:12−cr−00435

Tomas Yarrington Ruvalcaba

## Notice of Setting

**A proceeding has been set in this case as to Tomas Yarrington Ruvalcaba as set forth below.**

**BEFORE:**
**Judge Hilda G Tagle**

**PLACE:**
Courtroom 3A Houston

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/25/2021

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing
Applicable defendant(s) required to be present at the hearing.

Date:   March 17, 2021                                       Nathan Ochsner, Clerk