United States District Court
Southern District of Texas
**ENTERED**
August 12, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:12-CR-435 |
| | § | |
| TOMAS YARRINGTON RUVALCABA, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court hereby extends the August 18, 2021 deadline for the Probation Office to file the First Disclosure of the Presentence Investigation Report by 45 days. The new deadline is **October 4, 2021.**

SIGNED this 12 day of August 2021.

Hilda Tagle
Senior United States District Judge