United States District Court
Southern District of Texas
**ENTERED**
September 27, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CRIMINAL NO. 1:12-CR-435 |
| TOMAS YARRINGTON RUVALCABA, *et al*, | § § § § | |
| Defendants. | § | |

# ORDER

The Court hereby extends the October 4, 2021 deadline for the Probation Office to file the First Disclosure of the Presentence Investigation Report by 45 days. The new deadline is **November 18, 2021.**

SIGNED this 27th day of September 2021.

_____
Hilda Tagle
Senior United States District Judge