United States District Court
Southern District of Texas
**ENTERED**
November 17, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:12-CR-435 |
| | § | |
| TOMAS YARRINGTON RUVALCABA, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court hereby extends the November 18, 2021 deadline for the Probation Office to file the First Disclosure of the Presentence Investigation Report by 30 days. The new deadline is **December 1, 2021**.

SIGNED this 17th day of November 2021.

_____
Hilda Tagle
Senior United States District Judge