United States District Court
Southern District of Texas
**ENTERED**
November 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:12-CR-435 |
| | § | |
| TOMAS YARRINGTON RUVALCABA, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court hereby extends the December 1, 2021 deadline for the Probation Office to file the First Disclosure of the Presentence Investigation Report. The new deadline is **December 21, 2021.**

SIGNED this 30th day of November 2021.

_____
Hilda Tagle
Senior United States District Judge