United States District Court
Southern District of Texas
**ENTERED**
December 20, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:12-CR-435 |
| | § | |
| TOMAS YARRINGTON RUVALCABA, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court hereby extends the December 21, 2021 deadline for the Probation Office to file the First Disclosure of the Presentence Investigation Report. The new deadline is **January 28, 2022.**

SIGNED this 20th day of December 2021.

_____
Hilda Tagle
Senior United States District Judge