United States District Court
Southern District of Texas
**ENTERED**
February 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:12-CR-00435-001 |
| | § | |
| TOMAS YARRINGTON RUVALCABA | § | |

ORDER

On this 3rd day of February 2022, the Court sets the following Presentence Investigation and Disclosure deadlines.

Counsel shall file objections in writing to the report (including the alleged facts of the offense and applicability to the sentencing guidelines) by **May 6, 2022**. If there is no objection, likewise a statement signed by Counsel and the Defendant shall be filed.

After further investigation the pre−sentence officer shall submit a final report by **June 6, 2022.**

This case shall be set for sentencing at a date to be determined after the Court receives the Final Presentence Investigation report.

Signed on February 3, 2022.

_____
Rolando Olvera
United States District Judge