United States District Court
Southern District of Texas
**ENTERED**
August 22, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 1:12-CR-435-1 |
| | § | |
| TOMAS YARRINGTON RUVALCABA | § | |

## ORDER ON
## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE
## <u>OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT</u>

Defendant TOMAS YARRINGTON RUVALCABA'S Motion for Extension of Time to File Objections to the Presentence Investigation Report is GRANTED.

It is ORDERED that Defendant shall file objections in writing to the Presentence Investigation Report on or before <u>August 29, 2022.</u>

SIGNED on <u>August 22</u>, 2022.

_____
HONORABLE ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE: