UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-12-435-S1-01 |
| TOMAS YARRINGTON RUVALCABA | § | |

**GOVERNMENT'S REQUEST
FOR A COPY OF SEALED DOCUMENTS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through Jennifer B. Lowery, United States Attorney for the Southern District of Texas, by and through Karen Betancourt, Assistant United States Attorney, and files this government's request for a copy of sealed document numbers: 12, 13, 14, 16, 42, 43, 45, 46, 47, 48, and 49.

The United States requests that the Court ORDER the District Clerk's Office to provide a copy only to the Government of sealed document numbers: 12, 13, 14, 16, 42, 43, 45, 46, 47, 48, and 49.

Wherefore, premises considered the United States prays that this motion be granted.

Respectfully submitted,

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By: *s/ Karen Betancourt*
KAREN BETANCOURT
Assistant United States Attorney
Fed. Bar No. 847429
Texas Bar No. 00790685
600 E. Harrison St., #201
Brownsville, TX 78520
Tel: (956) 548-2554/Fax: (956) 548-2711
Karen.betancourt@usdoj.gov