UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-12-435-S1-01 |
| **TOMAS YARRINGTON RUVALCABA** | § | |

**ORDER PROVIDING COPY OF SEALED DOCUMENT ONLY TO GOVERNMENT**

Upon consideration of the government's request for a copy of sealed document Numbers: 12, 13, 14, 16, 42, 43, 45, 46, 47, 48, and 49, the Court is of the opinion that the government's request be and is hereby **GRANTED**.

It is ORDERED that the Clerk of the United States District Court provide a copy of Sealed Document Numbers: 12, 13, 14, 16, 42, 43, 45, 46, 47, 48, and 49 only to the United States Attorney's Office for the Southern District of Texas.

Done the _____ day of _____, 2022.

_____
HONORABLE ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE