UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-12-435-S1-01 |
| TOMAS YARRINGTON RUVALCABA | § | |

GOVERNMENT'S REQUEST
TO UNSEAL HEARINGS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through Jennifer B. Lowery, United States Attorney for the Southern District of Texas, by and through Karen Betancourt, Assistant United States Attorney, and files this government's request to unseal the hearings of October 4, 2012 and June 26, 2014 in the above-captioned case.

Wherefore, premises considered the United States prays that this motion be granted.

Respectfully submitted,

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By:   s/ Karen Betancourt
KAREN BETANCOURT
Assistant United States Attorney
Fed. Bar No. 847429
Texas Bar No. 00790685
600 E. Harrison St., #201
Brownsville, TX 78520
Tel: (956) 548-2554/Fax: (956) 548-2711
Karen.betancourt@usdoj.gov