**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-12-435-S1-01 |
| **TOMAS YARRINGTON RUVALCABA** | § | |

## ORDER UNSEALING HEARINGS

Upon consideration of the government's request to unseal the hearings of October 4, 2012 and June 26, 2014, the Court is of the opinion that the government's request be and is hereby **GRANTED**.

It is ORDERED that the Clerk of the United States District Court unseal the hearings of October 4, 2012 and June 26, 2014.

Done the _____ day of _____, 2022.

_____
HONORABLE ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE