United States District Court
Southern District of Texas
**ENTERED**
October 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-12-435-S1-01 |
| TOMAS YARRINGTON RUVALCABA | § | |

### ORDER UNSEALING HEARINGS

Upon consideration of the government's request to unseal the hearings of October 4, 2012 and June 26, 2014, the Court is of the opinion that the government's request be and is hereby **GRANTED**.

It is ORDERED that the Clerk of the United States District Court unseal the hearings of October 4, 2012 and June 26, 2014.

Done the   17th   day of   October  , 2022.

_____
HONORABLE ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE