## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 1:12–cr–00435

Tomas Yarrington Ruvalcaba

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Rolando Olvera

**PLACE:**
Courtroom 4
United States District Court
600 E. Harrison Street
Brownsville, Texas 78520

**DATE:**  1/6/2023

**TIME:**  11:30 AM

**TYPE OF PROCEEDING:** Telephone Conference

Date:   December 22, 2022

Nathan Ochsner, Clerk