# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                 Case Number: 1:12–cr–00435

Tomas Yarrington Ruvalcaba

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Rolando Olvera

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 3/15/2023

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Sentencing

Date:   March 15, 2023

Nathan Ochsner, Clerk