United States District Court
Southern District of Texas
**ENTERED**
March 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:12-cr-435-S1 |
| | § | |
| TOMAS YARRINGTON RUVALCABA | § | |

## ORDER OF FORFEITURE AT SENTENCING

The Preliminary Order of Forfeiture issued March 25, 2021 (Doc. No. 165) forfeiting real property is final as to Defendant Tomas Yarrington Ruvalcaba and remains preliminary as to third parties until the ancillary proceeding is concluded. Fed. R. Crim. P. 32.2(b)(4)(A).

Pursuant to Fed. R. Crim. P. 32.2(b)(4)(B), this order shall be made part of the Defendant's sentence and included in the judgment.

Signed this 15th day of March 2023.

ROLANDO OLVERA
United States District Judge