Tomas Jesus Yarrington Ruvalcaba
Fed. # 39549-479
USP Thomson
P.O. Box 1002
Thomson IL, 61285

Date: 08/20/23

USDC N°. 1:12CR00435-001

United States Courts
Southern District of Texas
FILED
AUG 29 2023
Nathan Ochsner, Clerk of Court

RE: Sentencing Transcripts.

To: Clerk of The Court.

Dear clerk for the Southern District of Texas, Houston Division, my name is Tomas Jesus Yarrington Ruvalcaba and the reason for writing you is because I would like to know how much does it cost my sentencing transcripts? I was sentenced by Honorable Judge Olvera from Brownsville on or about March 15, 2023.

Please write me back at
Tomas Jesus Yarrington Ruvalcaba
Fed. # 39549-479
USP Thomson
P.O. Box 1002
Thomson IL, 61285.

I want to thank you in advance for helping me with this issue.

Respectfully,

Yarrington
Tomas Jesus Yarrington Ruvalcaba

Tomas Jesus Yemington-Ruvalcaba
Fed. #
USP Thomson
P.O. Box 1002
Thomson, IL 61285

Southern District of Texas
FILED
AUG 29 2023
Nathan Ochsner, Clerk of Court

TO: United States District Court
For the Southern District of Texas
Houston Division

Attn: Clerk of the Court.

P.O. Box 61010
Houston, TX 77002-2600

Legal Mail.