```
 HOUF6   540*23  *            SENTENCE MONITORING            *    06-03-2023
PAGE 002 OF 002  *            COMPUTATION DATA               *    06:34:41
                              AS OF 06-03-2023

REGNO..: 39549-479 NAME: YARRINGTON RUVALCABA, TOMAS


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-30-2023 AT DSC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 03-15-2023
TOTAL TERM IN EFFECT............:    108 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      9 YEARS
EARLIEST DATE OF OFFENSE........: 12-01-2012

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    04-20-2018     03-13-2023

TOTAL PRIOR CREDIT TIME.........: 1789
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 486
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 12-21-2025
ELDERLY OFFENDER TWO THIRDS DATE: 04-21-2024
EXPIRATION FULL TERM DATE.......: 04-21-2027
TIME SERVED.....................:      5 YEARS     1 MONTHS     14 DAYS
PERCENTAGE OF FULL TERM SERVED..:   56.8
PERCENT OF STATUTORY TERM SERVED:   66.7

PROJECTED SATISFACTION DATE.....: 12-21-2025
PROJECTED SATISFACTION METHOD...: GCT REL




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

EXHIBIT B

```
 HOUF6   540*23 *         SENTENCE MONITORING       *     06-03-2023
PAGE 001         *         COMPUTATION DATA         *     06:34:41
                           AS OF 06-03-2023

REGNO..: 39549-479 NAME: YARRINGTON RUVALCABA, TOMAS

FBI NO............:  [REDACTED]          DATE OF BIRTH:  [REDACTED]-1957  AGE: 66
ARS1..............: HOU/A-HLD
UNIT..............: 4 DETC M              QUARTERS.....: [REDACTED]
DETAINERS.........: NO                    NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 06-21-2025

THE INMATE IS PROJECTED FOR RELEASE: 12-21-2025 VIA GCT REL


------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: TEXAS, SOUTHERN DISTRICT
DOCKET NUMBER....................: 1:12CR00435-001
JUDGE............................: OLVERA
DATE SENTENCED/PROBATION IMPOSED: 03-15-2023
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                                                         AMOUNT: $00.00
RESTITUTION...: PROPERTY:  NO   SERVICES:  NO

---------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  548     18:1956 RACKETEERING
OFF/CHG: 18:1956(H) CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS

SENTENCE PROCEDURE...............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   108 MONTHS
TERM OF SUPERVISION............:     3 YEARS
DATE OF OFFENSE................: 12-01-2012




G0002          MORE PAGES TO FOLLOW . . .
```

EXHIBIT B