IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 1:12-CR-435-1 |
| TOMAS YARRINGTON RUVALCABA | § | |

**ORDER ON**
**JOINT MOTION FOR AMENDED JUDGMENT**

The Joint Motion of Defendant and the United States for an Amended Judgment is granted.

The Court will issue an amended judgment as requested in the motion.

SIGNED on _____.

_____
UNITED STATES DISTRICT JUDGE