United States District Court
Southern District of Texas
**ENTERED**
November 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO. 1:12-CR-435-1 |
| § | |
| TOMAS YARRINGTON RUVALCABA § | |

**ORDER ON
JOINT MOTION FOR AMENDED JUDGMENT**

The Joint Motion of Defendant and the United States for an Amended Judgment is granted.

The Court will issue an amended judgment as requested in the motion.

SIGNED on _____November 28, 2023_____.

_____
UNITED STATES DISTRICT JUDGE